JDM/BHW: USAO#2018R0095

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAY -8 PM 4:11

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. GLR-18-0280 |
| | ) |
| NARADA MICHAEL WALLS, | )  (Conspiracy To Distribute And Possess |
| | )  With Intent To Distribute Controlled |
| and | )  Substances, 21 U.S.C. § 846; Possession |
| | )  With Intent To Distribute Controlled |
| KATINA SHALON GREENE, | )  Substances, 21 U.S.C. § 841; |
| | )  Importation Of A Controlled |
| Defendants. | )  Substance, 21 U.S.C. §§ 952, 960; |
| | )  Attempt, 18 U.S.C. § 2; Forfeiture) |
| | ) |

## INDICTMENT

### COUNT 1
**(Conspiracy To Distribute And Possess With Intent To Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

After January 1, 2016, until in or about December 15, 2017, in the District of Maryland, and elsewhere, the defendants,

**NARADA MICHAEL WALLS, and
KATINA SHALON GREENE,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of 2-methoxy-N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide, also known as methoxyacetyl fentanyl, a

Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 846.

21 U.S.C. §§ 841, 846.

## COUNT 2
**(Possession With Intent To Distribute Methoxyacetyl Fentanyl and Marijuana)**

The Grand Jury for the District of Maryland further charges that:

On or about December 15, 2017, in the District of Maryland, the defendant,

## NARADA MICHAEL WALLS,

knowingly and willfully possessed, and attempted to possess, with intent to distribute a mixture or substance containing a detectable amount of 2-methoxy-N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide, also known as methoxyacetyl fentanyl, a Schedule I controlled substance, and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 841; 18 U.S.C. § 2.

## COUNT 3
### (Importation of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

In or about December 2017, in the District of Maryland, the defendant,

**NARADA MICHAEL WALLS,**

did intentionally and knowingly import from China into the United States a mixture or substance containing a detectable amount of 2-methoxy-N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide, also known as methoxyacetyl fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952 and 960.

21 U.S.C. §§ 952, 960; 18 U.S.C. § 2.

# FORFEITURE ALLEGATIONS

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461 in the event of the defendant(s)' conviction under Counts 1-3 of this Indictment.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants,

**NARADA MICHAEL WALLS, and**
**KATINA SHALON GREENE,**

shall forfeit to the United States of America:

   a.   any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and

   b.   any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

3. If any of the property described above, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2(a)

*Robert K. Hur by JDM*
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

5.8.18
Date

SIGNATURE REDACTED
Foreperson