JDM/BHW: USAO#2018R0095

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 OCT 23 PM 3:44

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 18-0280-GLR |
| v. | ) |
| | ) (Conspiracy To Possess With Intent To |
| NARADA MICHAEL WALLS, | ) Distribute and to Distribute Controlled |
| | ) Substances Resulting in Death, 21 |
| | ) U.S.C. § 846; Possession With Intent To |
| | ) Distribute Controlled Substances, 21 |
| Defendant. | ) U.S.C. § 841; Importation Of A |
| | ) Controlled Substance, 21 U.S.C. §§ 952, |
| | ) 960; Attempt, 18 U.S.C. § 2; Forfeiture) |

## SUPERSEDING INDICTMENT

### COUNT 1
(Conspiracy To Possess With Intent To Distribute and To Distribute Controlled Substances Resulting in Death)

The Grand Jury for the District of Maryland charges that:

After January 1, 2016, until in or about December 15, 2017, in the District of Maryland, and elsewhere, the defendant,

**NARADA MICHAEL WALLS,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally possess with the intent to distribute and to distribute a mixture or substance containing a detectable amount of (1) fentanyl, a Schedule II controlled substance, (2) 2-methoxy-N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide, also known as methoxyacetyl fentanyl, a Schedule I controlled substance, and (3) 4-anilino-N-phenethyl-4-piperidine, also known as despropionyl fentanyl or 4-ANPP, a Schedule II controlled

1

substance, and that death resulted from the use of such substances, in violation of Title 21, United States Code, Sections 841(a)(1), 846.

21 U.S.C. §§ 841, 846.

## COUNT 2
**(Possession With Intent To Distribute Methoxyacetyl Fentanyl and Marijuana)**

The Grand Jury for the District of Maryland further charges that:

On or about December 15, 2017, in the District of Maryland, the defendant,

## NARADA MICHAEL WALLS,

knowingly and willfully possessed, and attempted to possess, with intent to distribute a mixture or substance containing a detectable amount of 2-methoxy-N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide, also known as methoxyacetyl fentanyl, a Schedule I controlled substance, and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 841; 18 U.S.C. § 2.

## COUNT 3
### (Importation of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

In or about December 2017, in the District of Maryland, the defendant,

### NARADA MICHAEL WALLS,

did intentionally and knowingly import from China into the United States a mixture or substance containing a detectable amount of 2-methoxy-N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide, also known as methoxyacetyl fentanyl, a Schedule 1 controlled substance, in violation of Title 21, United States Code, Sections 952 and 960.

21 U.S.C. §§ 952, 960; 18 U.S.C. § 2.

## FORFEITURE ALLEGATIONS

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461 in the event of the defendant's conviction under Counts 1-3 of this Superseding Indictment.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant,

### NARADA MICHAEL WALLS

shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

   the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2(a)

*Robert K. Hur /bhw*
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

10·23·18
Date

SIGNATURE REDACTED
Foreperson

6